UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES**

| | | |
|---|---|---|
| **Date:** March 3, 2025 | **Time:** 2:14-3:05 PM<br>**Total Time:** 49 min | **Judge:** Edward J. Davila |
| **Case No.:** 5:24-cr-00272 EJD | **Case Name:** *United States v. Zelene Charles* (P) (NC) | |

**Attorney for Plaintiff:**   Anne Hsieh, Supriya Prasad

**Attorney for Defendant:**   Diane Bass

**Deputy Clerk:** Cheré Robinson   **Court Reporter:** Summer Fisher

**Probation Officer:** Ashley Polk

### PROCEEDINGS - SENTENCING

Defendant present and not in custody.  Hearing held.

The Court GRANTS a variance.

The Court sentenced Defendant as follows:

> Defendant is sentenced to 10 months as to Counts One and Two of the Information (ECF No 1, filed May 17, 2024), to be served concurrently.  Defendant is committed to the Bureau of Prisons to be imprisoned for said term.
>
> Upon release from imprisonment, the Defendant shall serve a term of 3 years supervised release as to Counts One and Two of the Information – to be served concurrently.  The Court adopts the Probation Officer's recommendations as to the standard and special conditions of supervised release.
>
> A special assessment fee of $ 200.00 is imposed.  The Court imposes no fine.
>
> The Court Orders Restitution in the amount of $630,628.00.

Defendant shall self-surrender on April 17, 2025, by 2:00 p.m. to the designated facility; if a facility has not been designated, Defendant shall self-surrender to the U.S. Marshal's office.  All present conditions of release remain in effect until such surrender.

The Court makes the following recommendation:  The Defendant be designated to a facility as close as possible to Monterey County, where Defendant's family resides.  The Court finds that family visitation enhances rehabilitation.

Forfeiture is Ordered as to the items stated on p. 5 of the Probation Presentence Report.

P/NP: Present, Not Present
C/NC: Custody, Not in Custody
I: Interpreter

Cheré Robinson
Courtroom Deputy
Original: Efiled
CC: